[No. 10793-1-III.   Division Three.   June 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TRINIDAD
RAMOS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 90-1-00036-8, Robert N. Hackett, Jr., J., entered
April 18, 1990. *Affirmed* by unpublished opinion per Shields,
C.J., concurred in by Munson and Thompson, JJ.

[No. 12223-9-III.   Division Three.   June 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LAP
VAN NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane
County, No. 91-1-00388-3, William J. Grant, J., entered Janu-
ary 23, 1992. *Affirmed* by unpublished opinion per Shields,
C.J., concurred in by Thompson and Sweeney, JJ.

[Nos. 12637-4-III; 12725-7-III.   Division Three.   June 29, 1993.]

*In the Matter of the Personal Restraint of*
LARRY R. BANKS, *Petitioner*.

*In the Matter of the Personal Restraint of*
JOSEPH D. OLVERA, *Petitioner*.

Petitions for relief from personal restraint. *Denied* by un-
published opinion per Thompson, J., concurred in by Shields,
C.J., and Munson, J.